UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-20019-CIV-MARTINEZ-BANDSTRA

JOSE O. AYALA and other similarly-situated
individuals,

    Plaintiff,

vs.

CAPFORM, INC., foreign corporation and
ELEAZAR ZATARAIN, individual,

    Defendants.
_____/

## ORDER STRIKING NOTICE OF UNAVAILABILITY

THIS CAUSE came before the Court upon Plaintiff's Notice of Unavailability **(D.E. No. 14)**. Neither the Local Rules nor the Federal Rules of Civil Procedure authorize this filing, and the Court is unwilling to burden itself with the task of keeping track of the whereabouts of parties or their counsel in every case before it. If a party wishes to move a hearing, trial, or other deadline set by the Court, an appropriate motion must be filed. Therefore, it is hereby:

**ORDERED AND ADJUDGED** that

Plaintiff's Notice of Unavailability **(D.E. No. 14)** is hereby **STRICKEN**.

DONE AND ORDERED in Chambers at Miami, Florida, this 19 day of March, 2008.

                                            _____
                                            JOSE E. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record